UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          Case No.: 8:23-cr-89-VMC-AEP

MILTON ANTHONY BRADSHAW
_____/

**ORDER**

This matter is before the Court on consideration of the United States of America's Unopposed Motion for Pretrial Admission of Bradshaw's Judgments (Doc. # 85), filed on December 23, 2024. For the reasons that follow, the Motion is granted.

**I.   Background**

Defendant Milton Anthony Bradshaw is charged with one count of knowingly possessing, in and affecting interstate commerce, a firearm, with at least three prior convictions for offenses committed on occasions different from one another, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). (Doc. # 1). Specifically, Mr. Bradshaw is alleged to have possessed a Smith & Wesson .40 caliber pistol and 5 rounds of ammunition on or about September 20, 2022, after having previously been convicted of delivery of cocaine on the following occasions: on or about August 14, 1997; on or about

1

October 3, 2000; again, on or about October 3, 2000; and on or about September 17, 2009. (Id.).

The United States seeks to present evidence at trial that Mr. "Bradshaw pleaded guilty to four charges of delivery of cocaine, which occurred on occasions different from one another." (Doc. # 85 at 1). Thus, the United States filed this Motion for pretrial admission of Mr. Bradshaw's judgments. (Doc. # 85). The pleading indicates that the Motion is unopposed (Id. at 4), and the Motion is ripe for review.

## II. Discussion

The United States moves to admit documents into evidence as judgments under Federal Rule of Evidence 803(22), and as business records under Rules 803(6) and 902(11). (Doc. # 85 at 1-3). Additionally, the United States provides notice that it intends to offer the judgments in Exhibits 1 through 4 into evidence at trial as public records under Rules 803(8) and 902(4). Id. at 3-4). The documents attached as Exhibits 1 through 4 indeed contain court records corresponding to the above convictions and each titled "judgment," or, in one case, "amended judgment and sentence." (Id. Exs. 1-4).

Mr. Bradshaw does not oppose the United States' admission of the documents contained in Exhibits 1 through 4 (Id. at 4). Therefore, the Court determines that the documents

2

are admissible at trial pursuant to Rules 803(22), 803(6) and 902(11), or 803(8) and 902(4).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The United States' Motion for Pretrial Admission of Bradshaw's Judgments (Doc. # 85) is **GRANTED**.

(2) The evidence described and referenced therein is admissible at trial pursuant to Federal Rules of Evidence 803(22), 803(6) and 902(11), or 803(8) and 902(4).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of December, 2024.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE