UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 8:23-cr-089-VMC-AEP

MILTON ANTHONY BRADSHAW

### SPECIAL FINDING ON COUNT ONE

If and only if you find the defendant guilty, you must further find whether the government has proved the defendant, MILTON ANTHONY BRADSHAW, has prior convictions committed on at least three different occasions as alleged in the superseding indictment. (place an "X" on the appropriate line).

Has the government proved the defendant, MILTON ANTHONY BRADSHAW, has at least three prior convictions committed on different occasions?

\_\_\_\_\_ YES

__X__ NO

SO SAY WE ALL, this __6__ day of March, 2025.

███████████████████
FOREPERSON